**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ROSARIO F. PEREZ, individually and on behalf of all others similarly situated,

Case No. 26-cv-23380-Williams-Lett

Plaintiff,

v.

TAPESTRY INC., d/b/a COUCH, INC.

Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff Rosario F. Perez ("Plaintiff"), individually and on behalf of the putative class, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action without prejudice.

Defendant Tapestry, Inc., d/b/a Coach, Inc., has not been served with process in this action and has not served either an answer or a motion for summary judgment. Accordingly, Plaintiff is entitled to dismiss this action without an order of the Court, and this dismissal is effective upon the filing of this Notice.

No class has been certified in this action. The dismissal of Plaintiff's individual claims is without prejudice, and the dismissal of the claims asserted on behalf of the putative class is likewise without prejudice and without prejudice to the rights of any absent putative class member, none of whom is bound by this dismissal.

Dated: August 10, 2026

Respectfully submitted,

/s/ A. Donald Scott, Jr.
A. Donald Scott, Jr.
Florida Bar No. 110432
Consumer Protection & Insurance Attorneys
8950 SW 74th Ct., Ste. 2267
Miami, FL 33156
Tel: (813) 733-8117
Email: ds@mycpia.

*Counsel for Plaintiff and the Putative Class*